FILED
2021 Jun-23 AM 09:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"

DOCUMENT 1-1
ELECTRONICALLY FILED
5/21/2021 10:25 AM
01-CV-2021-901541.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-<br>Date of Filing: 05/21/2021   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### QUIANDRA JOHNSON v. DOLLAR TREE STORES, INC. C/O

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** THO142

Date: 5/21/2021 10:25:19 AM

Signature of Attorney/Party filing this form: /s/ D. DIRK THOMAS

**MEDIATION REQUESTED:** ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES  ☑ NO

DOCUMENT 2
ELECTRONICALLY FILED
5/21/2021 10:25 AM
01-CV-2021-901541.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| QUIANDRA JOHNSON, an individual, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DOLLAR TREE STORE, INC., a foreign corporation licensed to do business and engaged in doing business in the County of Jefferson, State of Alabama | ) ) ) ) ) |

There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership any and all types of corporations and unincorporated associations. The symbol by which these parties, Defendant is designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterizations of the symbol applies to more than one "entity". In the present action, the party Defendant whom the Plaintiff must include by descriptive characterization are as follows:

No. 1, whether singular or plural, person or persons, individual or individuals, entity or entities, Plaintiff hereby intending to designate the entity known only to the Plaintiff as DOLLAR TREE STORES, INC.
No. 2, whether singular or plural, person or persons, individual or individuals, entity or entities,, who or which owned, maintained or had any interest in the premises known as DOLLAR TREE STORES, INC.
No. 3, whether singular or plural, person or persons, individual or individuals, entity or entities, who or which was the lessee of the premises involved in the occurrence made the basis of this lawsuit;
No. 4, whether singular or plural, person or persons, individual or individuals, entity or entities, who or which were responsible for maintaining the premises including but not limited making sure that child highchairs were stored in a reasonable manner and out of walkway used by customers made the basis of this lawsuit;
No. 5, whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who designed and constructed the premises known as DOLLAR TREE STORES, INC.;
No. 6, whether singular or plural, that entity or those entities, the persons, corporation or other legal entities which were responsible for and who built the premises known as DOLLAR TREE STORES, INC.;

No. 7, whether singular or plural, that entity or those entities, the persons, corporations, and other legal entities who were the managers, owners, employees or who were charged with or undertook to insure a safe and hazard-free premises;

No. 8, whether singular or plural, that entity or those entities, the persons, corporations, or other legal entities who had responsibility for or undertook cleaning, inspection or otherwise were responsible for maintenance and cleanliness of the area where the Plaintiff was injured;

No. 9, whether singular or plural, that entity or those entities, including, but not limited to general liability insurance carrier of the entity which owned, occupied or maintained the premises involved in the occurrence made the basis of this lawsuit;

No. 10, whether singular or plural, that entity or those entities, who or which provided any insurance coverage, of whatever kind or character, for any of the named defendants or fictitious parties defendant listed or named herein;

No. 11, whether singular or plural, that entity or those entities whose negligence, or wantonness, or other wrongful conduct contributed to cause the occurrence made the basis of Plaintiff's complaint;

No. 12, whether singular or plural, that entity or those entities other than entities described above, which is the successor in interest of any of those entities described above;

Plaintiff avers that the identities of the fictitious party defendants (#1-12) herein is otherwise unknown to Plaintiff at this time or, if their names are known to Plaintiff their identities as proper parties defendant is not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained, )
)
Defendants.      )

## COMPLAINT

COME NOW, the Plaintiff, QUIANDRA JOHNSON, an individual, by and through undersigned counsel and amends her original complaint correcting the County in which the incident made the basis of Plaintiff's complaint occurred as follows:

### PARTIES

1. The Plaintiff, QUIANDRA JOHNSON, is over the age of nineteen years and is a resident citizen of the City of Birmingham, County of Jefferson, State of Alabama.

2. The Defendant, DOLLAR TREE STORES, INC., a foreign corporation licensed to do business and engaged in doing business in the County of Jefferson, State of Alabama

## COUNT ONE

### NEGLIGENCE

3. Plaintiff adopts by reference the factual allegations contained in the foregoing Paragraphs of this Complaint as if the same were set forth at this point *in extenso*.

4. The Plaintiff alleges that on or about May 28, 2019, Plaintiff, QUIANDRA JOHNSON, was an invitee on the premises of DOLLAR TREE STORES, INC., located at 2320 Center Point Parkway, in City of Center Point, County of Jefferson, State of Alabama, and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained).

5. The Plaintiff further alleges that on said date and at said place, the Plaintiff, QUIANDRA JOHNSON, was caused to slip/trip and fall in the area of the "shopping cart corral", thereby causing serious personal injuries.

6. The Plaintiff further alleges that on said date and at said place, Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), negligently maintained the area where the Plaintiff, QUIANDRA JOHNSON, was injured and negligently failed to insure a safe and hazard-free premises in the area where the Plaintiff, QUIANDRA JOHNSON, was injured.

7. The Plaintiff further alleges that the Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are

unknown to the Plaintiff at this time but will be added by amendment when ascertained), had a duty to provide a safe, secure and hazard-free establishment for patrons, including the Plaintiff, QUIANDRA JOHNSON, on said premises.

8. The Plaintiff further alleges that the Defendant, DOLLAR TREE STORES, INC., and those Defendants, designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), were negligent in their maintenance of the area where the Plaintiff, QUIANDRA JOHNSON, was injured, and that the Defendant's negligence rendered said area a hazard and otherwise dangerous condition for individuals, including the Plaintiff, QUIANDRA JOHNSON, utilizing the area.

9. The Plaintiff further alleges that the Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), negligently caused and/or allowed an inherently dangerous condition to exist on said premises and failed to warn the Plaintiff, QUIANDRA JOHNSON, or other members of the public about such dangers.

10. The Plaintiff further alleges that as a direct and proximate result of aforesaid negligence, on the part of the Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), QUIANDRA JOHNSON, was proximately caused to suffer injuries and other damages, to wit:

    a. Plaintiff was caused to suffer various injuries;

b. Plaintiff was caused to seek medical treatment in and about efforts to heal and cure her injuries and will be caused to incur additional bills in the future;
c. Plaintiff was caused to incur medical bills, hospital bills, doctors' bills and prescription expenses in an effort to cure her injuries and will be caused to incur additional bills in the future;
d. Plaintiff was caused to suffer physical pain and discomfort;
e. Plaintiff was caused to suffer mental anguish, distress and embarrassment.
f. Plaintiff was caused to suffer severe and permanent injuries and damages.
g. Plaintiff was caused to suffer permanent physical impairment.
h. Plaintiff was caused to suffer lost wages.
i. Plaintiff was caused to undergo surgery for her injuries.

11. The Plaintiff avers that on said occasion, the negligence of the Defendant, QUIANDRA JOHNSON, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), combined and concurred, to proximately cause the Plaintiff's injuries and damages as set out above.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, demands judgment against the Defendant and fictitious Defendants #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained) in an amount to be determined and assessed by the trier of fact, in compensatory damages for Defendant's negligence, plus interest and costs of this litigation.

## COUNT TWO
### WANTONNESS

12. Plaintiff adopts by reference the factual allegations contained in the foregoing Count of this Complaint as if the same were set forth as this point *in extenso*.

13. The Plaintiff alleges that on or about May 28, 2019 Plaintiff, QUIANDRA JOHNSON, was an invitee on the premises of DOLLAR TREE STORES, INC., located at 2320 Center Point Parkway, City of Center Point, County of Jefferson, State of Alabama, and those Defendants designated as fictitious parties ( #1-12), (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained).

14. The Plaintiff further alleges that on said date and at said place, the Plaintiff, QUINDRA JOHNSON, was caused to slip/trip and fall in the area of the "shopping cart corral", thereby causing her serious personal injuries.

15. The Plaintiff further alleges that the Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), wantonly caused and/or allowed an inherently dangerous condition to exist on said premises and failed to warn the Plaintiff, QUIANDRA JOHNSON, or other members of the public about such dangers.

16. As a direct and proximate consequence of the wantonness of the Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), the Plaintiff, QUIANDRA JOHNSON, was caused to suffer the injuries and damages aforesaid.

17. Plaintiff avers that the wanton conduct of the Defendant and those defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff

at this time but will be added by amendment when ascertained), combined and concurred to proximately cause the Plaintiff's injuries and damages as set out above.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, demands judgment against the Defendant and fictitious Defendants #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained) in an amount to be determined and assessed by the trier of fact, in punitive damages, for Defendant's wanton conduct plus interest and costs of this litigation.

## COUNT THREE

### NEGLIGENT HIRING/TRAINING AND SUPERVISION

18. Plaintiff adopt by reference the factual allegations contained in the foregoing Count of this Complaint as if the same were set forth as this point *in extenso*.

19. The Plaintiff alleges that on or about May 28, 2019, Plaintiff, QUINDRA JOHNSON, was an invitee on the premises of DOLLAR TREE STORES, INC., located at 2320 Center Point Parkway, City of Birmingham, County of Jefferson, State of Alabama, and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained).

20. The Plaintiff further alleges that on said date and at said place, the Plaintiff, QUIANDRA JOHNSON, was caused to trip/slip and fall in the area of the "shopping cart corral", thereby causing his serious personal injuries.

7

21. The Plaintiff further alleges that the Defendant, DOLLAR TREE STORES, INC., and those Defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), negligently and/or wantonly caused and/or allowed an inherently dangerous condition to exist on said premises and failed to warn the Plaintiff, QUIANDRA JOHNSON, or other members of the public about such dangers.

22. At the aforesaid time and place and while the Plaintiff was on the premises of the Defendant, the Defendant undertook to hire, supervise and control the manner and method on which the Defendant and Defendant's employees were to maintain the premises.

23. The Plaintiff further alleges that the Defendant, DOLLAR TREE STORES, INC., and those defendants designated as fictitious parties #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained), negligently and/or wantonly supervised and controlled the manner in which the Defendant maintains the floor of the premises, causing the Plaintiff to slip/trip and fall in the area of the "shopping cart corral" resulting in the injuries and damages described herein.

24. The Plaintiff avers that her injuries and damages were proximately caused the Defendant's negligent and/or wanton hiring, training, supervision and control of Defendant's premises and employees who were charged with maintaining said premises and the method and manner in which the Defendant maintained the premises, resulting in Plaintiff's injuries and damages stated herein.

25. As a proximate result of the Defendant's negligent and/or wanton hiring, training, supervision and control of Defendant's premises and its employees and the method and manner

8

in which the Defendant and its employees maintained the premises, the Plaintiff was injured and damages as set out herein.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, demands judgment against the Defendant and fictitious Defendants #1-12, (whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained) in an amount to be determined and assessed by the trier of fact, including compensatory and punitive damages, plus interest and costs of this litigation.

PLAINTIFF REQUESTS A TRIAL BY STRUCK JURY

/s/ D. Dirk Thomas
D. Dirk Thomas (THO142)
Lindsay Hewitt (NAD003)
Frank S. Buck (Buc001)
Attorney for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 68588-5089
Telephone:    (205) 933-7533
Facsimile:    (205) 933-7545

**SERVE BY CERTIFIED MAIL AT:**

DOLLAR TREE STORES, Inc.
c/o Corporation Service Company
641 S. Lawrence Street
Montgomery, AL 36104

/s/ D. Dirk Thomas
OF COUNSEL

9

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| QUIANDRA JOHNSON, an individual, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DOLLAR TREE STORE, INC., a foreign corporation licensed to do business and engaged in doing business in the County of Jefferson, State of Alabama | ) ) ) ) ) |

## REQUEST FOR CERTIFIED MAIL

Pursuant to Rule 4.1 (c) of the Alabama Rules of Civil Procedure, I hereby request that the attached documents be served on the Defendant named above by certified mail.

DATE: May 21, 2021

/s/ D. Dirk Thomas
D. Dirk Thomas (THO142)
Lindsay Hewitt (HEW003)
Frank S. Buck (BUC001)
Attorneys for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
Post Office Box 55089
Birmingham, Alabama 35255-5089
Telephone:   (205) 933-7533
Facsimile:   (205) 933-7545

10



AlaFile E-Notice

01-CV-2021-901541.00

To: D. DIRK THOMAS
ddtlaw@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

QUIANDRA JOHNSON V. DOLLAR TREE STORES, INC. C/O
01-CV-2021-901541.00

The following complaint was FILED on 5/21/2021 10:25:23 AM

Notice Date:   5/21/2021 10:25:23 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2021-901541.00

To: DOLLAR TREE STORES, INC. C/O
CORPORATION SERVICE CO.
641 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

QUIANDRA JOHNSON V. DOLLAR TREE STORES, INC. C/O
01-CV-2021-901541.00

The following complaint was FILED on 5/21/2021 10:25:23 AM

Notice Date:     5/21/2021 10:25:23 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2021-901541.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### QUIANDRA JOHNSON V. DOLLAR TREE STORES, INC. C/O

**NOTICE TO:** DOLLAR TREE STORES, INC. C/O, CORPORATION SERVICE CO. 641 S. LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), D. DIRK THOMAS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2160 14th Avenue South, BIRMINGHAM, AL 35205

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of QUIANDRA JOHNSON pursuant to the Alabama Rules of the Civil Procedure.

| 05/21/2021 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ D. DIRK THOMAS
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

*(Name of Person Served)*   *(Name of County)*   *(Date)*

_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____
*(Server's Printed Name)*   *(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
QUIANDRA JOHNSON V. DOLLAR TREE STORES, INC. C/O

01-CV-2021-901541.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.36

Parties to be served by Certified Mail - Return Receipt Requested

DOLLAR TREE STORES, INC. C/O                                  Postage: $7.36
CORPORATION SERVICE CO.
641 S. LAWRENCE STREET
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DOLLAR TREE STORES, INC. C/O
   CORPORATION SERVICE CO.
   641 S. LAWRENCE STREET
   MONTGOMERY, AL 36104

   9590 9402 6610 1028 6388 49

2. Article Number *(Transfer from service label)*

   7020 1810 0000 0881 1720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

   S/C
   CV-21-901541

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

7020 1810 0000 0881 1720

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x *Kelly Webster*  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 5-25-21 |
| 1. Article Addressed to:<br>DOLLAR TREE STORES, INC. C/O<br>CORPORATION SERVICE CO.<br>641 S. LAWRENCE STREET<br>MONTGOMERY, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>S/C<br>CV-21-901541 |
| <br>9590 9402 6610 1028 6388 49 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1810 0000 0881 1720 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #
MONTGOMERY AL 360

9590 9402 6610 1028 6388 49

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 04 2021

JACQUELINE ANDERSON SMITH
CLERK

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203



AlaFile E-Notice

01-CV-2021-901541.00
Judge: JAVAN J. PATTON

To: THOMAS DAVID DIRK
ddtlaw@yahoo.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

QUIANDRA JOHNSON V. DOLLAR TREE STORES, INC. C/O
01-CV-2021-901541.00

The following matter was served on 5/25/2021

**D001 DOLLAR TREE STORES, INC. C/O**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov